IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELAWARE RIVER & BAY AUTHORITY,   )<br>  )<br>            Plaintiff  )<br>    v.        )   C.A. No. 07-cv-00008-SLR<br>  )<br>JAN D. KOPACZ,    )<br>            Defendant.  ) | |

**SUBSTITUTION OF COUNSEL**

PLEASE ENTER the appearance of CARMELLA P. KEENER, ESQUIRE, as attorney for plaintiff, Delaware River & Bay Authority in the above captioned matter.

/s/ Carmella P. Keener
Carmella P. Keener (DSBA No. 2810)
Rosenthal, Monhait & Goddess, P.A.
919 Market Street, Suite 1401
P. O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
ckeener@rmgglaw.com
*Attorney for Plaintiff,*
*Delaware River & Bay Authority*

PLEASE WITHDRAW the appearance of JEFFREY S. GODDESS, ESQUIRE as attorney for plaintiff, Delaware River & Bay Authority, who will hereinafter be represented by Ms. Keener, who has entered her appearance.

Dated: January 17, 2006

/s/ Jeffrey S. Goddess
Jeffrey S. Goddess (DSBA No. 630)
Rosenthal, Monhait & Goddess, P.A.
Suite 1401, 919 Market Street
P. O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
jgoddess@rmgglaw.com
*Attorney for Plaintiff,*
*Delaware River & Bay Authority*

## CERTIFICATE OF SERVICE

I, Carmella P. Keener, hereby certify that on January 17, 2007, I caused a copy of the foregoing Substitution of Counsel to be served electronically on the following individual by CM/ECF:

>Bernard A. VanOgtrop, Esquire
>Seitz, Van Ogtrop & Green, P.A.
>222 Delaware Avenue, Suite 1500
>P.O. Box 68
>Wilmington, DE 19899

>/s/ Carmella P. Keener
>Carmella P. Keener (DSBA No. 2810)
>Rosenthal, Monhait & Goddess, P.A.
>919 N. Market Street, Suite 1401
>P.O. Box 1070
>Wilmington, DE 19899-1070
>(302) 656-4433
>ckeener@rmgglaw.com
>*Attorney for Plaintiff,*
>*Delaware River & Bay Authority*