IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DELAWARE RIVER AND BAY AUTHORITY, | : : : | C.A. No. 07-00008-SLR |
| Plaintiff | : : | |
| v. | : : | |
| JAN D. KOPACZ, | : : | |
| Defendant. | : | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned hereby certifies that she caused a copy of the following documents:

1. This Notice of Service;

2. Answers of Plaintiff, Delaware River and Bay Authority, to Interrogatories of Defendant, Jan D. Kopacz;

3. Responses of Plaintiff, Delaware River and Bay Authority, to Requests to Produce of Defendant, Jan D. Kopacz; and

4. Plaintiff Delaware River and Bay Authority's Initial Disclosure Statement

to be served on February 22, 2007, by first class mail, postage prepaid upon the following:

Bernard A. VanOgtrop, Esquire
Seitz Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899

ROSENTHAL, MONHAIT & GODDESS, P.A.

OF COUNSEL:
Mary Elisa Reeves, Esquire
DONNA ADELSBERGER
 & ASSOCIATES, P.C.
6 Royal Avenue
P.O. Box 530
Glenside, PA 19038-0530
(215) 576-8690

By: /s/ Carmella P. Keener
Carmella P. Keener (DSBA No. 2810)
919 N. Market Street, Suite 1401
Citizens Bank Center
P.O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
ckeener@rmgglaw.com
*Attorneys for Plaintiff,*
*Delaware River and Bay Authority*