IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DELAWARE RIVER & BAY
AUTHORITY

                                                        C. A. No. 07-008

v.

JAN D. KOPACZ

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

                                                            _____
                                                            United States District Judge

Dated:

265387-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

DELAWARE RIVER & BAY
AUTHORITY

                          C. A. No. 07-008 SLR

v.

JAN D. KOPACZ

      Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bar of the state of Pennsylvania, pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

                                                       E. Alfred Smith, Esquire
                                                       219 Sugartown Road
                                                       Apt. D-302
                                                       Wayne, PA 19087

265387-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DELAWARE RIVER & BAY
AUTHORITY

                                        C. A. No. 07-008 SLR

v.

JAN D. KOPACZ

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for admission *pro hac vice* of E. Alfred Smith, Esquire to represent plaintiff, Jan D. Kopacz, in this matter.

                                         Respectively submitted,

                                         /s/ Bernard A. Van Ogtrop
                                         Bernard A. Van Ogtrop, Esquire
                                         (Delaware Bar No. 447)
                                         SEITZ, VAN OGTROP & GREEN, P.C.
                                         222 Delaware Avenue, Suite 1500
                                         Wilmington, DE 19899
                                         (302) 888-0600
                                         Counsel for Defendant Jan D. Kopacz

Dated:

57700 v1