IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DELAWARE RIVER AND BAY AUTHORITY, | : : : | C.A. No. 07-0008-SLR |
| Plaintiff | : : | |
| v. | : : | |
| JAN D. KOPACZ, | : : | |
| Defendant. | : | |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Mary Elisa Reeves, Donna Adelsberger & Associates, P.C., 6 Royal Avenue, P.O. Box 530, Glenside, PA 19038-0530 to represent plaintiff Delaware River and Bay Authority in this matter.

/s/ Carmella P. Keener
Carmella P. Keener (DSBA No. 2810)
ROSENTHAL, MONHAIT & GODDESS, P.A.
P. O. Box 1070
Wilmington, DE 19899
(302) 656-4433
 Attorneys for Plaintiff
 Delaware River and Bay Authority

Dated: March 26, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DELAWARE RIVER AND BAY AUTHORITY, | : : | C.A. No. 07-00008-SLR |
| Plaintiff | : : | |
| v. | : : | |
| JAN D. KOPACZ, | : : | |
| Defendant. | : | |

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Pennsylvania, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: 3-26-07

Mary Elisa Reeves
DONNA ADELSBERGER & ASSOCIATES, P.C.
6 Royal Avenue
P.O. Box 530
Glenside, PA  19038-0530
(215) 576-8690

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DELAWARE RIVER AND BAY AUTHORITY, | : | |
| | : | C.A. No. 07-00008-SLR |
| Plaintiff | : | |
| v. | : | |
| | : | |
| JAN D. KOPACZ, | : | |
| Defendant. | : | |

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Mary Elisa Reeves is granted.

Date: _____

_____
U.S.D.J.

## CERTIFICATE OF SERVICE

I, Carmella P. Keener, hereby certify that on March 26, 2007, I electronically filed with the Clerk of Court **MOTION AND ORDER FOR ADMISSION PRO HAC VICE OF MARY ELISA REEVES, ESQUIRE** using CM/ECF which will send notification of such filing to the following:

    Bernard A. Van Ogtrop, Esquire
    Seitz, Van Ogtrop & Green, P.A.
    222 Delaware Avenue, Suite 1500
    P.O. Box 68
    Wilmington, DE 19899

    /s/ Carmella P. Keener (DSBA No. 2810)
    Rosenthal, Monhait & Goddess, P.A.
    919 N. Market Street, Suite 1401
    P.O. Box 1070
    Wilmington, DE 19899-1070
    (302) 656-4433
    ckeener@rmgglaw.com
      Attorneys for Plaintiff
      Delaware River and Bay Authority