IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELAWARE RIVER AND BAY AUTHORITY, | : |
| | : C.A. No. 07-0008-SLR |
| Plaintiff | : |
| v. | : |
| | : |
| JAN D. KOPACZ, | : |
| Defendant. | : |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that the undersigned hereby certifies that she caused a copy of this Notice of Service and Plaintiff DRBA's Interrogatories and Request for Production of Documents to Defendant Jan Kopacz to be served on June 6, 2007, by first class mail, postage prepaid upon the following:

    Bernard A. VanOgtrop, Esquire
    Seitz Van Ogtrop & Green, P.A.
    222 Delaware Avenue, Suite 1500
    P.O. Box 68
    Wilmington, DE 19899

    ROSENTHAL, MONHAIT & GODDESS, P.A.

OF COUNSEL:
Mary Elisa Reeves, Esquire
DONNA ADELSBERGER
& ASSOCIATES, P.C.
6 Royal Avenue
P.O. Box 530
Glenside, PA 19038-0530
(215) 576-8690

By: /s/ Carmella P. Keener
Carmella P. Keener (DSBA No. 2810)
919 N. Market Street, Suite 1401
Citizens Bank Center
P.O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
ckeener@rmgglaw.com
*Attorneys for Plaintiff,*
*Delaware River and Bay Authority*