IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELAWARE RIVER AND BAY AUTHORITY, | : |
| | : C.A. No. 07-00008-SLR |
| Plaintiff | : |
| v. | : |
| | : |
| JAN D. KOPACZ, | : |
| Defendant. | : |

**NOTICE OF DEPOSITION OF JAN D. KOPACZ**

TO: Bernard A. VanOgtrop, Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899

PLEASE TAKE NOTICE that plaintiff's counsel will take the oral deposition of Jan D. Kopacz at the offices of Seitz, Van Ogtrop & Green, P.A., 222 Delaware Avenue, Suite 1500, Wilmington, Delaware 19899 on Monday, July 16, 2007 at 10:00 a.m. beginning at 10:00 a.m. and continuing thereafter day-to-day until completed. The deposition will be transcribed stenographically. You are invited to attend and cross-examine.

Dated: June 13, 2007

ROSENTHAL, MONHAIT & GODDESS, P.A.

| | |
|---|---|
| OF COUNSEL: | By: /s/ Carmella P. Keener |
| Mary Elisa Reeves, Esquire | Carmella P. Keener (DSBA No. 2810) |
| DONNA ADELSBERGER | 919 N. Market Street, Suite 1401 |
| & ASSOCIATES, P.C. | Citizens Bank Center |
| 6 Royal Avenue | P.O. Box 1070 |
| P.O. Box 530 | Wilmington, DE 19899-1070 |
| Glenside, PA 19038-0530 | (302) 656-4433 |
| (215) 576-8690 | ckeener@rmgglaw.com |
| | *Attorneys for Plaintiff,* |
| | *Delaware River and Bay Authority* |

## CERTIFICATE OF SERVICE

I, Carmella P. Keener, hereby certify that on June 13, 2007, I caused a copy of the foregoing Notice of Deposition of Jan D. Kopacz to be electronically served via CM/ECF upon the following:

>Bernard A. VanOgtrop, Esquire
>Seitz, Van Ogtrop & Green, P.A.
>222 Delaware Avenue, Suite 1500
>P.O. Box 68
>Wilmington, DE 19899

>/s/ Carmella P. Keener
>Carmella P. Keener (DSBA No. 2810)
>Rosenthal, Monhait & Goddess, P.A.
>919 N. Market Street, Suite 1401
>P.O. Box 1070
>Wilmington, DE 19899-1070
>(302) 656-4433
>ckeener@rmgglaw.com
>*Attorney for Plaintiff,*
>*Delaware River and Bay Authority*