IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELAWARE RIVER AND BAY AUTHORITY, | :<br>:  C.A. No. 07-00008-SLR<br>: |
| Plaintiff | : |
| v. | :<br>: |
| JAN D. KOPACZ, | : |
| Defendant. | : |

### RE-NOTICE OF DEPOSITION OF JAN D. KOPACZ

TO:  Bernard A. VanOgtrop, Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899

PLEASE TAKE NOTICE that plaintiff's counsel will take the oral deposition of Jan D. Kopacz at the offices of Seitz, Van Ogtrop & Green, P.A., 222 Delaware Avenue, Suite 1500, Wilmington, Delaware 19899 on Wednesday, July 11, 2007 beginning at 10:00 a.m. and continuing thereafter day-to-day until completed. The deposition will be transcribed stenographically. You are invited to attend and cross-examine.

Dated: June 22, 2007

ROSENTHAL, MONHAIT & GODDESS, P.A.

OF COUNSEL:
Mary Elisa Reeves, Esquire
DONNA ADELSBERGER
 & ASSOCIATES, P.C.
6 Royal Avenue
P.O. Box 530
Glenside, PA 19038-0530
(215) 576-8690

By: /s/ Carmella P. Keener
Carmella P. Keener (DSBA No. 2810)
919 N. Market Street, Suite 1401
Citizens Bank Center
P.O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
ckeener@rmgglaw.com
*Attorneys for Plaintiff,*
*Delaware River and Bay Authority*

## CERTIFICATE OF SERVICE

I, Carmella P. Keener, hereby certify that on June 22, 2007, I caused a copy of the foregoing Re-Notice of Deposition of Jan D. Kopacz to be electronically served via CM/ECF upon the following:

> Bernard A. VanOgtrop, Esquire
> Seitz, Van Ogtrop & Green, P.A.
> 222 Delaware Avenue, Suite 1500
> P.O. Box 68
> Wilmington, DE 19899

> /s/ Carmella P. Keener
> Carmella P. Keener (DSBA No. 2810)
> Rosenthal, Monhait & Goddess, P.A.
> 919 N. Market Street, Suite 1401
> P.O. Box 1070
> Wilmington, DE 19899-1070
> (302) 656-4433
> ckeener@rmgglaw.com
> *Attorney for Plaintiff,*
> *Delaware River and Bay Authority*