**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

DELAWARE RIVER & BAY
AUTHORITY

                                    C. A. No. 07-008

    v.

JAN D. KOPACZ

NOTICE OF SERVICE

**I HEREBY CERTIFY** that on June 26, 2007 two copies of Defendant's Interrogatories to Plaintiff and Request to Produce were sent via first class mail to:

    Carmella P. Keener, Esq.
    Rosenthal, Monhait & Goddess, P.A.
    919 N. Market Street, Suite 1401
    Citizens Bank Center
    P. O. Box 1070
    Wilmington, DE  19899

                              SEITZ, VAN OGTROP & GREEN, P.A.

                              BY     /s/ Bernard A. Van Ogtrop
                              BERNARD A. VAN OGTROP, #447
                              bvanogtrop@svglaw.com
                              222 Delaware Avenue, Suite 1500
                              P.O. Box 68
                              Wilmington, DE  19899
                              Attorney for Defendant

59884 v1