IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DELAWARE RIVER AND BAY         :
AUTHORITY,                     :          C.A. No. 07-00008-SLR
                               :
          Plaintiff            :
     v.                        :
                               :
JAN D. KOPACZ,                 :
          Defendant.           :

### SECOND RE-NOTICE OF DEPOSITION OF JAN D. KOPACZ

TO:    Bernard A. VanOgtrop, Esquire
       Seitz, Van Ogtrop & Green, P.A.
       222 Delaware Avenue, Suite 1500
       P.O. Box 68
       Wilmington, DE 19899

PLEASE TAKE NOTICE that plaintiff's counsel will take the oral deposition of Jan D.

Kopacz at the offices of Seitz, Van Ogtrop & Green, P.A., 222 Delaware Avenue, Suite 1500,

Wilmington, Delaware 19899 on Wednesday, July 18, 2007 beginning at 10:00 a.m. and continuing

thereafter day-to-day until completed. The deposition will be transcribed stenographically. You are

invited to attend and cross-examine.

Dated: July 10, 2007

                              ROSENTHAL, MONHAIT & GODDESS, P.A.


OF COUNSEL:                     By: /s/ Carmella P. Keener
Mary Elisa Reeves, Esquire      Carmella P. Keener (DSBA No. 2810)
DONNA ADELSBERGER               919 N. Market Street, Suite 1401
 & ASSOCIATES, P.C.             Citizens Bank Center
6 Royal Avenue                  P.O. Box 1070
P.O. Box 530                    Wilmington, DE 19899-1070
Glenside, PA 19038-0530         (302) 656-4433
(215) 576-8690                  ckeener@rmgglaw.com
                                *Attorneys for Plaintiff,*
                                *Delaware River and Bay Authority*

## CERTIFICATE OF SERVICE

I, Carmella P. Keener, hereby certify that on July 10, 2007, I caused a copy of the foregoing

Second Re-Notice of Deposition of Jan D. Kopacz to be electronically served via CM/ECF upon the

following:

> Bernard A. VanOgtrop, Esquire
> Seitz, Van Ogtrop & Green, P.A.
> 222 Delaware Avenue, Suite 1500
> P.O. Box 68
> Wilmington, DE 19899

> /s/ Carmella P. Keener
> Carmella P. Keener (DSBA No. 2810)
> Rosenthal, Monhait & Goddess, P.A.
> 919 N. Market Street, Suite 1401
> P.O. Box 1070
> Wilmington, DE 19899-1070
> (302) 656-4433
> ckeener@rmgglaw.com
> *Attorney for Plaintiff,*
> *Delaware River and Bay Authority*