IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DELAWARE RIVER AND BAY        :
AUTHORITY,                          :       C.A. No. 07-0008-SLR

                                         :

            Plaintiff            :

        v.                      :

                                         :

JAN D. KOPACZ,                 :

            Defendant.      :

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned hereby certifies that she caused a copy of this

Notice of Service and Plaintiff's Responses to Defendant's Interrogatories to Plaintiff and Request

to Produce to be served on July 30, 2007, by first class mail, postage prepaid upon the following:

> Bernard A. VanOgtrop, Esquire
> Seitz Van Ogtrop & Green, P.A.
> 222 Delaware Avenue, Suite 1500
> P.O. Box 68
> Wilmington, DE 19899

ROSENTHAL, MONHAIT & GODDESS, P.A.

OF COUNSEL:
Mary Elisa Reeves, Esquire
DONNA ADELSBERGER
  & ASSOCIATES, P.C.
6 Royal Avenue
P.O. Box 530
Glenside, PA 19038-0530
(215) 576-8690

By: /s/ Carmella P. Keener
Carmella P. Keener (DSBA No. 2810)
919 N. Market Street, Suite 1401
Citizens Bank Center
P.O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
ckeener@rmgglaw.com
*Attorneys for Plaintiff,*
*Delaware River and Bay Authority*