AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF __DELAWARE__

Delaware River & Bay Authority

V.

Jan D. Kopacz

**EXHIBIT AND WITNESS LIST**

Case Number: 07-08 -SLR

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Sue L. Robinson | C. Keener / M. Reeves | B. Van Ogtrop / E. Smith |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 9/24/07 | V. Gunning | F. Tassone |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| P1 | | 9/24/07 | | | (withdrawn) see Exhibit D-3A |
| P2 A,B,C | | | | ✓ | Hartford Records |
| P3 | | | | ✓ | Social Security Ntc. of Award |
| P4 | | | | ✓ | DRBA Payroll Records |
| P5 | | | | ✓ | DRBA Personnel Manual |
| P6 | | | | | (withdrawn) |
| P7 | | | | ✓ | Records of Dr. Montrose-Lopez |
| P8 | | | | ✓ | Reports of Dr. Stephens |
| P9 | | | | | (withdrawn) |
| P10 | | | | ✓ | Report of Dr. Schanno |
| P11 A-E | | | | ✓ | Kopacz Tax Records |
| P12 | | | | ✓ | DRBA's Record of Payments to Med. Providers |
| P13 A-G | | | | ✓ | DRBA Correspondence |
| P14 | | | | ✓ | Income Chart |
| P15 | | | | ✓ | Stipulated Facts |
| | D1A-C | | | ✓ | Litigation |
| | D2A-C | | | ✓ | Accident Records |
| | D3-A-G | | | ✓ | Corporate Records |
| | D4-A-L | | | ✓ | Hartford Records |
| | D5A-B | | | ✓ | Judicial Ntc. |
| | D6a | | | ✓ | C.V. of Michael A. Walters |

2 witnesses – Jan Kopacz + Bonnie Miller

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages

# INDEX OF PLAINTIFF DRBA'S TRIAL EXHIBITS

1. Union Contract (withdrawn--see Exhibit D-3A)

2. Hartford Records
   - 2-A  Letter dated 06/24/05 to Hartford with attachment
   - 2-B  Reimbursement Agreement dated 05/11/06
   - 2-C  Notice of Benefits dated 06/17/05

3. Social Security Notice of Award

4. DRBA Payroll Records

5. DRBA Personnel Manuel

6. Records of Dr. Olivi (withdrawn)

7. Records of Dr. Montrose-Lopez

8. Reports of Dr. Stephens

9. Reports of Dr. Malumed (withdrawn)

10. Report of Dr. Schanno

11. Kopacz Tax Records
    - 11-A  2004 Returns
    - 11-B  2005 Letter to Accountant
    - 11-C  2005 Returns
    - 11-D  2006 Letter to Accountant
    - 11-E  2006 Tax Records

12. DRBA's Record of Payments to Medical Providers

13. DRBA correspondence
    - 13-A  Letter to Hartford dated 03/15/05
    - 13-B  Letter to E. Alfred Smith, Esq. dated 03/14/05
    - 13-C  Email to Hartford dated 06/10/05
    - 13-D  Letter to E. Alfred Smith, Esq. dated 04/19/05
    - 13-E  Letters to Kopacz enclosing "maintenance" checks totaling $1,770
    - 13-F  Letter to Sally Broadhurst dated 09/13/06
    - 13-G  Letter from E. Alfred Smith, Esq. dated 11/30/06

14. Income Chart

15. DRBA reserves the right to introduce any exhibit listed by the Defendant, or to introduce other evidence in rebuttal.

Delaware River and Bay Authority
v.
Jan D. Kopacz
C. A. No. 07-08-SLR

Exhibit List

1. Litigation
    1a Complaint
    1b Interrogatories and Answers- First set
    1c Interrogatories and Answers - Second set

2. Accident records
    2a Incident Report
    2b Kopacz's signed statement
    2c Counsel's letter of March 10, 2005

3. Corporate records
    3a Union contract
    3b 2004 Annual Report - Relevant to punitive damages only
    3c 2005 Annual Report - Relevant to punitive damages only
    N..B. Personnel Manual not being offered because DRBA is offering it

4. Hartford records
    4a Group Benefit Plan
    4b Counsel's letter to Hartford - June 24, 2005 with enclosure - letter of April 19, 2005
    4c Hartford's letter of July 8, 2005
    4d Hartford's letter of July 15, 2005
    4e Counsel's letter to Hartford of July 27, 2005
    4f Hartford's letter of August 4, 2005
    4g Counsel's letter to Hartford of August 22, 2005
    4h Hartford's letter of October 27, 2006
    4i Counsel's letter of January 15, 2007
    4j Hartford's letter of March 8, 2007
    4k Hartford's letter of July 5, 2007
    4l Hartford's letter of August 13, 2007

5. Judicial notice
    5a Page from Third Circuit docket in No. 06-3585
    5b Cover and page from DRBA's brief in No. 06-3585

6. Other
    6a C.V. of Michael A. Walters