ROSENTHAL, MONHAIT & GODDESS, P. A.
ATTORNEYS AT LAW
SUITE 1401, 919 MARKET STREET
P. O. BOX 1070
WILMINGTON, DELAWARE 19899-1070

JOSEPH A. ROSENTHAL
NORMAN M. MONHAIT
JEFFREY S. GODDESS
CARMELLA P. KEENER
EDWARD B. ROSENTHAL
JESSICA ZELDIN

TELEPHONE (302) 656-4433
FACSIMILE (302) 658-7567

November 21, 2007

**VIA HAND DELIVERY AND CM/ECF**

The Honorable Sue L. Robinson
United States District Court for the
District of Delaware
844 King Street
Wilmington, DE 19801

  Re: **DRBA v. Jan D. Kopacz, D. Del. C.A. No. 07-0008-SLR**

Dear Judge Robinson:

  For the Court's convenience, I enclose a copy of the Opening Post-Trial Brief of Plaintiff, Delaware River and Bay Authority, which was electronically filed and served today.

           Respectfully,

           */s/ Carmella P. Keener*
           Carmella P. Keener (DSBA No. 2810)
           ckeener@rmgglaw.com
           *Attorneys for Plaintiff,*
           *Delaware River and Bay Authority*

CPK/jls
Enclosure

cc: Bernard A. Van Ogtrop, Esquire (via electronic filing)
   E. Alfred Smith, Esquire (via electronic filing and electronic mail)
   Mary Elisa Reeves, Esquire (via electronic mail)