IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DELAWARE RIVER & BAY AUTHORITY, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civ. No. 07-008-SLR |
| JAN D. KOPACZ, | ) ) ) | |
| Defendant. | ) ) | |

**O R D E R**

At Wilmington this 29th day of August, 2008, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that:

1. Plaintiff shall remit to defendant $50,790.00 plus prejudgment interest to cover its maintenance obligation.

2. The Clerk of Court shall enter judgment against plaintiff and for defendant.

_____
United States District Court